IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-MJ-1145-WW-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. WARD, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's unopposed motion (D.E. 17) seeking an amendment to the conditions of his sentence of probation. Defendant has failed to cite any legal authority governing the relief he seeks or provide argument under the applicable legal standards. Accordingly, defendant's motion is DENIED WITHOUT PREJUDICE. Any renewed motion correcting the above-referenced deficiencies shall be filed no later than 14 November 2014.

SO ORDERED this, the 6th day of November 2014.

James E. Gates
United States Magistrate Judge